IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-rj-00022-MJW

BOMBARDIER CAPITAL, INC.

    Plaintiff,

v.

CREEKWOOD, INC.,
PAUL GIESENHAGEN and
BEVERLY GIESENHAGEN

    Defendants.

---

### ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE
( Docket No. 19 )

---

    THIS MATTER comes before the Court on the parties' Stipulated Motion to Dismiss With Prejudice ("Motion") and upon consideration thereof and good cause being shown the Court hereby:

    GRANTS the Motion and ORDERS this action DISMISSED with prejudice in its entirety, with each party responsible for their own costs and attorney fees.

DONE this 23rd day of September 2005.

                              BY THE COURT:

                              _____
                              UNITED STATES MAGISTRATE / JUDGE
                                  MICHAEL J. WATANABE
                                  U.S. MAGISTRATE JUDGE